425 A.2d 834

Commonwealth v. Hardwick, Appellant.

Argued November 12, 1979.   John H. Corbett, Jr., for appellant;  Kemal A. Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.